IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PAVAN AKULA | § | |
| | § | |
| V. | § | C.A. No. 4:236-cv-01221 |
| | § | |
| SASNETT HOLDINGS, INC. d/b/a | § | |
| SPECIALTY DRILLING TOOLS, INC. | § | |
| and RICKEY L. MOOMEY | § | |

**Plaintiff's Certificate of Interested Parties**

Plaintiff files this Certificate of Interested Parties as required under this Court's Local Rule.

1. **Plaintiffs:**

Pavan Akula

2. **Plaintiff's Counsel:**

Amar Raval (lead counsel)
Raval Trial Law
1133 Merrill St.
Houston, TX 77009
(713) 324-8118
amar@ravaltriallaw.com

Bashist M. Sharma
bms@sharmalaws.net
Mala Sharma
mala@sharmalaws.net
SHARMA & ASSOCIATES
14411 Cornerstone Village Dr.
Houston, TX 77014
(281) 893-8644
(281) 893-2980 Fax

3. **Defendants:**

Sasnett Holdings, Inc. d/b/a Specialty Drilling Tools, Inc.
Harley Sasnett
1721 Bryant Ave.

Rickey L. Moomey
2413 SW54th St.
Oklahoma City, OK, 73119

If new parties are added or if additional persons or entities financially interested in the outcome of this litigation are identified during the pendency of the litigation, Plaintiff will file an amended certificate.

Respectfully submitted,

By: Amar Raval
Amar Raval, TBA #24046682
S.D. No. 619209
RAVAL TRIAL LAW
1133 Merrill St.
Houston, TX 77009
(713) 324-8118
amar@ravaltriallaw.com

Lead Counsel for Plaintiff

By: /s/ Bashist M. Sharma
Bashist M. Sharma
Texas Bar No. 00789824
bms@sharmalaws.net
Mala Sharma
Texas Bar No. 24072595
mala@sharmalaws.net
SHARMA & ASSOCIATES
14411 Cornerstone Village Dr.
Houston, TX 77014
(281) 893-8644
(281) 893-2980 Fax

ATTORNEYS FOR PLAINTIFF